UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   18-CIV-62823-RAR
19-CIV-60261-RAR

**SHIRLEY ST. FORT-NWABUKU**,
*on behalf of herself and all others similarly situated*,

     Plaintiff,

v.

**VITAL PHARMACEUTICALS, INC.,
d/b/a VPX SPORTS**,

     Defendant.
_____/

**TIFFANY NGUYEN,** *et al.*,

     Plaintiffs,

v.

**VITAL PHARMACEUTICALS, INC.,
d/b/a VPX SPORTS**,

     Defendant.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** came before the Court upon the Joint Interim Status Report [ECF No. 46] filed on September 3, 2019 in *St. Fort-Nwabuku v. Vital Pharmaceuticals, Inc.*, 18-62823 and the Joint Consent to Consolidation [ECF No. 48] filed on September 13, 2019 in *Nguyen et al. v. Vital Pharmaceuticals, Inc.*, 19-60261.   Upon review of the docket, consolidation of the above-styled cases is appropriate to avoid unnecessary duplication of judicial labor and effort.   Accordingly, it is

**ORDERED AND ADJUDGED** that the above-styled cases are consolidated as follows:

1. Case No. 18-CIV-62823 and Case No. 19-CIV-60261 are **CONSOLIDATED**.

2. The Clerk of the Court is instructed to **CLOSE** Case No. 19-CIV-60261 for administrative purposes only.

3. All future filings in this case shall be made under <u>**Case No. 18-CIV-62823**</u> only.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 15th day of September, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record